# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG A. HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-327-M |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 16, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's applications for child's disability insurance benefits and supplemental security income payments under the Social Security Act.  The Magistrate Judge recommended the Commissioner's decision be reversed and matter remanded for further proceedings.  The parties were advised of their right to object to the Report and Recommendation by April 5, 2012.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 16, 2012;

(2)  REVERSES the decision of the Commissioner;

(3)  REMANDS for further proceedings consistent with the Report and Recommendation; and

(4)	ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 10th day of April, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE